**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:25-80850-CIV-EA

SEDIGHEH ZOLFAGHARI,
     Plaintiff,

v.

UNITED STATES ARMY
COPRS OF ENGINEERS;
LIEUTENANT GENERAL
WILLIAM H. GRAHAM, JR., in
his official capacity as Commander
and Chief of the Engineers of the
Corps; and ALISA ZARBO, in her
official capacity as Chief Engineer
of the Palm Beach Section of the
Corps,

     Defendants.
_____/

### REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator, Glenn J. Waldman, on Monday, April 13, 2026, for the Mediation Conference attended by all parties and their respective counsel.  At the conclusion of the Mediation Conference, it was an IMPASSE.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed and e-served through the Florida Courts E-filing Portal this 13th day of April 2026 to all counsel of record.

*/s/ Glenn J. Waldman, Esq.*
Glenn J. Waldman, Esq.
Fla. Bar No. 374113
Circuit Court Mediator (#2354 CR)