**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:25-80850-CIV-Artau/Reinhart**

SEDIGHEH ZOLFAGHARI,

                Plaintiff,

      v.

UNITED STATES ARMY CORPS OF
ENGINEERS, *et al*.,

                Defendants.

**JOINT MEDIATION REPORT**

Plaintiff Sedigheh Zolfaghari and Defendants United States Army Corps of Engineers, Lieutenant General William H. Graham, and Alisa Zarbo, hereby submit this Joint Mediation Report pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, Dkt. No. 36.

Mediation was held on April 13, 2026, at 1:00 p.m. via Zoom videoconference with Glenn Waldman, Esq., certified mediator in the Southern District of Florida. David C. McDonald, Esq., Frank M. Garrison, Esq., Nate Hotes, Esq., and Plaintiff Sedigheh Zolfaghari attended the mediation on behalf of Plaintiff. Alexander M. Purpuro, Esq., and Young A. Kang, Esq., from the United States Department of Justice, and Alexandra Holliday, Esq., Katherine Wainwright, Esq., and Erica Zilioli, Esq., from the United States Army Corps of Engineers, attended the mediation on behalf of Defendants.

At the end of mediation, the parties did not reach any settlement agreement and the mediator declared an impasse. *See* Dkt. No. 48.

DATED: April 20, 2026.

                                                    Respectfully submitted,

David C. McDonald*                                  */s/ Mark Miller (with permission)*
Frank D. Garrison*                                  Mark Miller
PACIFIC LEGAL FOUNDATION                            Fla. Bar No. 0094961
3100 Clarendon Blvd., Ste. 1000                     PACIFIC LEGAL FOUNDATION
Arlington, VA 22201                                 4440 PGA Blvd., Ste. 307
Tel: (202) 888-6881                                 Palm Beach Gardens, FL 33410
dmcdonald@pacificlegal.org                          Tel: (561) 691-5000
fgarrison@pacificlegal.org                          mark@pacificlegal.org
*admitted pro hac vice*

            *Attorneys for Plaintiff Sedigheh Zolfaghari*

*/s/ Alexander M. Purpuro*
ALEXANDER M. PURPURO (FL #1025872)
YOUNG A. KANG (FL #1025505)
U.S. Department of Justice
Environment & Natural Resources Div.
150 M Street, NE, Ste. 4.400
Washington, D.C. 20044-7611
Tel: (202) 353-5230 (Purpuro)
Tel: (202) 322-8378 (Kang)
alexander.purpuro@usdoj.gov
young.kang@usdoj.gov

*Attorneys for Defendants*