**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:25-cv-80850-EA**

**Sedigheh Zolfaghari,**

      Plaintiff,

v.

**U.S. Army Corps of Engineers,**
**Et al.,**

      Defendants.

_____/

## ORDER GRANTING MOTION TO RESET DEADLINES

This cause comes before the Court on the parties' joint motion to reset the scheduling deadlines [ECF No. 53]. Therefore, it is **ORDERED AND ADJUDGED**:

1.  The motion [ECF No. 53] is **GRANTED**.

2.  The deadlines in the prior scheduling order [ECF No. 36] are **TERMINATED**.

3.  The Court adopts the proposed briefing schedule in the motion, as stated below.

4.  On or by May 15, 2026, the plaintiff shall file an opening motion for summary judgment, not to exceed 25 pages in length.

5.  On or by June 5, 2026, the defendants shall file their combined cross-motion for summary judgment and response, not to exceed 25 pages in length.

6.  On or by June 24, 2026, the plaintiff shall file her combined response to the defendants' cross-motion and reply in support of her motion, not to exceed 15 pages in length.

7.  On or by July 10, 2026, the defendants shall file their reply in support of their cross-motion, not to exceed 15 pages in length.

**ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of May 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**David C. McDonald**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
Email: DMcDonald@pacificlegal.org

**Frank D. Garrison**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
Email: FGarrison@pacificlegal.org

**Mark Miller**
Pacific Legal Foundation
4440 PGA Blvd.
Suite 307
Palm Beach Gardens
Palm Beach Gardens, FL 33410
561-691-5000
Fax: 561-691-5006
Email: mark@pacificlegal.org

**Alexander M. Purpuro**
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 514-9771
Email: alexander.purpuro@usdoj.gov

**Young Ah Kang**
U.S. Department of Justice
150 M Street NE
Washington, DC 20002

202-322-8378
Email: young.kang@usdoj.gov