**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:25-80850-CIV-Artau/Reinhart**

SEDIGHEH ZOLFAGHARI,

Plaintiff,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. GRAHAM JR., in his official capacity as Commander and Chief of the Engineers of the Corps; and ALISA ZARBO, in her official capacity as Chief Engineer of the Palm Beach Section of the Corps,

Defendants.

**PLAINTIFF'S EXPEDITED MOTION FOR HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Sedigheh Zolfaghari, pursuant to Local Rule 7.1(d)(2), hereby moves this Court to expedite its scheduling of a hearing to consider the pending Cross-Motions for Summary Judgment (ECF 56, 59). Plaintiff respectfully requests that this Court hold a hearing on the Cross-Motions for Summary Judgment on or before December 15, 2026. Counsel for Defendants has been informed of this Motion, and has indicated that Federal Defendants defer to the Court as to whether oral argument would be helpful. To the extent the Court is inclined to hold oral argument, Federal Defendants do not oppose the request for an expedited hearing, subject to the availability of counsel for Federal Defendants. Federal Defendants also would not oppose a motion for an expedited ruling on the cross motions for summary judgment.

This Court's Local Rules state that the Court "may, upon written motion and good cause shown, waive the time requirements of this Local Rule and grant an immediate or expedited hearing on any matter requiring such expedited procedure." Local Rule 7.1(d). For time-sensitive motions that do not qualify as an "emergency," a party may file an expedited motion to obtain an expedited ruling, which motion must "set forth in detail the date by which an expedited ruling is needed and the reason the ruling is needed by the stated date." Local Rule 7.1(d)(2).

Where the Local Rules do not provide any additional guidance on what factors may justify granting an expedited motion, Florida state law may be instructive. Section 415.1115 of the Florida Statutes states that "[i]n a civil action in which a person over the age of 65 is a party, such party may move the court to advance the trial on the docket. The presiding judge, after consideration of the age and health of the party, may advance the trial docket." While not formally binding, federal courts in Florida have looked to the language in Section 415.1115 in reviewing expedited motions in the past. *See Oaster v. CAE Civ. Aviation Training Sols., Inc.*, No. 8:19-cv-56-T-36AAS, 2019 WL 13143153, at *2 (M.D. Fla. July 8, 2019) (federal district court, acting under its diversity

jurisdiction, considered arguments based on Florida law relating to plaintiff's age and poor health in reviewing motion to expedite proceedings). To the extent prior attempts to expedite cases under this theory have failed, they have done so largely through parties' failure to provide adequate evidence substantiating their need to expedite proceedings. *See Mia. Battery Mfg. Co. v. Bos. Old Colony Ins. Co.*, No. 97-CV-3410, 1999 WL 34579123, at *1 (S.D. Fla. June 2, 1999).

Expedited review is necessary here due to Plaintiff's advanced age and declining health. Plaintiff is currently 77-years old and suffers from "recurrent breast cancer, osteoporosis, and multiple other chronic medical conditions that require ongoing medical attention, monitoring, and management." Letter from Dr. Mairenys Pena Martinez MD (attached as Exhibit A). Her physician describes her as "medically fragile and experiencing an overall decline in her health status." *Id.* Considering her advanced age and serious, non-improving health concerns, good cause exists for granting this motion.

DATED: November 13, 2026.

Respectfully submitted,

David C. McDonald*
Frank D. Garrison*
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
Ph: (202) 888-6881
Email: dmcdonald@pacificlegal.org
fgarrison@pacificlegal.org
**admitted pro hac vice*

/s/ Mark Miller
Mark Miller
Fla. Bar No. 0094961
PACIFIC LEGAL FOUNDATION
4440 PGA Blvd., Ste. 600
Palm Beach Gardens, FL 33410
Ph: (561) 691-5000
Email: mark@pacificlegal.org

*Attorneys for Plaintiff Sedigheh Zolfaghari*

# EXHIBIT A

NEW CENTURY
MEDICAL CENTERS

5887 Lake Worth Rd, Greenacres FL 33406.
561-469-6502

**Date:** November 2, 2026

**To Whom It May Concern,**

This letter is written on behalf of my patient, Sedigheh Sedigheh who has been under my primary care since July 9, 2025.

The patient is a 77-year-old female with a significant medical history, including recurrent breast cancer, osteoporosis, and multiple other chronic medical conditions that require ongoing medical attention, monitoring, and management.

According to her medical history, she underwent her first breast cancer surgery in 2018, followed by a second surgical intervention in 2024 due to recurrence of the disease. Her medical history also includes discontinuation of cancer treatment due to debilitating side effects and increasing cancer markers.

In addition to her oncological history, the patient suffers from multiple chronic health conditions that further compromise her overall health and physical well-being.

Considering her advanced age, complex medical history, recurrent breast cancer, and multiple chronic conditions, she is medically fragile and experiencing an overall decline in her health status.

Please take her medical circumstances into consideration.

Sincerely,

**Mairenys Pena Martinez MD**
Primary Care Physician
New Century Medical Centers
Phone: (561) 469-6502